CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for KHU

OCT 25 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN CRAIG, | ) | Civil Action No. 7:10-cv-00199 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN BRYAN B. WATSON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C.

§ 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

ENTER: This ___25th___ day of October, 2010.

Jackson L. Kiser
Senior United States District Judge